1

2

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 07, 2016

SEAN F. McAVOY, CLERK

3    UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

4

| UNITED STATES OF AMERICA, | No.   2:16-CR-0110-SMJ-01 |
|---|---|
| Plaintiff, | |
| v. | **ORDER GRANTING THE USAO'S MOTION TO DISMISS** |
| CESAR PEDROZA-CRUZ, | |
| Defendant. | |

5

6

7

8

9

10    Before the Court, without oral argument, is the U.S. Attorney's Office's

11    (USAO) Motion for Order of Dismissal Without Prejudice, ECF No. 36 and

12    related Motion to Expedite, ECF No. 37.  The USAO seeks the Court's leave to

13    dismiss the Indictment, ECF No. 19, without prejudice as to Defendant Cesar

14    Pedroza-Cruz pursuant to Federal Rule of Criminal Procedure 48(a).  Having

15    reviewed the pleadings filed in connection with the motion, the Court grants the

16    USAO leave to dismiss the Indictment.  The Court makes no judgment as to the

17    merit or wisdom of this dismissal.

18    Accordingly, **IT IS HEREBY ORDERED**:

19    **1.**    The USAO's Motion for Order of Dismissal Without Prejudice, **ECF**

20    **No. 36**, is **GRANTED**.

ORDER **-** 1

**2.** The USAO's Motion to Expedite Hearing, **ECF No. 37** is **GRANTED**.

**3.** The Indictment, **ECF No. 19**, is **DISMISSED WITHOUT PREJUDICE** as to Defendant Cesar Pedroza-Cruz.

**4.** All hearings are **STRICKEN**, and all pending motions are **DENIED AS MOOT**.

**5.** The U.S. Marshals Service is directed to **RELEASE** Defendant Cesar Pedroza-Cruz from its custody.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel, the U.S. Probation Office, and the U.S. Marshals Service.

**DATED** this 7th day of September 2016.

SALVADOR MENDOZA, JR.
United States District Judge

ORDER **-** 2